[No. 22367. Department Two. February 4, 1930.]

*In the Matter of the Estate of* ELIZABETH A. UMPHREY, *Deceased.*[1]

*J. W. Bryan, G. A. B. Dovell,* and *G. P. Fishburne,* for appellant.

*R. G. Lenske,* for respondent.

PER CURIAM.—On motion of respondents, the appeal to this court is hereby dismissed, for the reason that no appeal bond executed by appellant, or any surety on his behalf, was filed in the lower court within the statutory period after notice of appeal to this court was given.

[1]Reported in 284 Pac. 753.